IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC. | § | |
| Plaintiff, | § § § | |
| vs. | § § | CASE NO. 6:08 CV 51 |
| MICROSOFT CORPORATION | § § § | |
| Defendant. | § § § § | |

ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include a list of any pending motions to dismiss or transfer.

**So ORDERED and SIGNED this 27th day of February, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**