IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 6:08-cv-51(LED) |
| v. | § | |
| | § | |
| MICROSOFT CORP., SAP AG, SAP | § | |
| AMERICA, INC., ORACLE CORP., | § | |
| ORACLE USA, INC., ET AL. | § | |
| | § | |
| Defendants | § | JURY TRIAL DEMANDED |

### ORDER GRANTING ORACLE CORPORATION AND ORACLE USA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT

The Court, having considered Defendants Oracle Corporation and Oracle USA, Inc.'s ("Oracle") Unopposed Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint, hereby GRANTS said Motion. It is therefore

ORDERED that Oracle is granted an additional extension of time to respond to Plaintiff's Third Amended Complaint up to and including October 20, 2008.

 So ORDERED and SIGNED this 10th day of September, 2008.



_____
    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**