**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  6:08-CV-51-LED |
| | § | |
| **MICROSOFT CORPORATION,** | § | |
| **SAP AG, SAP AMERICA, INC.,** | § | |
| **ORACLE CORPORATION, ORACLE** | § | **JURY TRIAL DEMANDED** |
| **USA, INC., THE SAGE GROUP, PLC,** | § | |
| **SAGE SOFTWARE, INC. AND INFOR** | § | |
| **GLOBAL SOLUTIONS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED, by and among Plaintiff, Aloft Media, LLC and Defendant, Microsoft Corporation (referred to collectively as the "Parties"), through their counsel of record and subject to the approval of the Court that:

(1)     All claims presented by the Complaint, as well as all amendments thereto, shall be dismissed with prejudice as to each of the Parties;

(2)     This Stipulation does not affect claims by and between Plaintiff and other defendants; and

(3)     The Parties shall bear their own costs and attorneys' fees.

*[signature: E M Albritton]*

_____
Eric M. Albritton
Texas State Bar No. 00790215
Craig Tadlock
Texas State Bar No. 00791766
Adam A. Biggs
Texas State Bar No. 24051753
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
cct@emafirm.com
aab@emafirm.com

Thomas John Ward Jr.
Texas Bar No. 00794818
WARD & SMITH FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Danny L. Williams
Texas Bar No. 21518050
Chris Cravey
Texas Bar No. 24034398
Matthew R. Rodgers
Texas Bar No. 24041804
WILLIAMS, MORGAN, & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-4060
Facsimile: (713) 934-7011
danny@wmalaw.com
ccravey@wmalaw.com
mrodgers@wmalaw.com

/s/ Richard A. Cederoth
By permission
Jennifer Parker Ainsworth
State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
(903) 509-5000
(903) 509-5092 (facsimile)
jainsworth@wilsonlawfirm.com

Richard A. Cederoth
Illinois State Bar No.6185199
Douglas I. Lewis
Illinois State Bar No. 6216438
Ben Frey
Illinois State Bar No.6289510
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rcederoth@sidley.com
dlewis@sidley.com
bfrey@sidley.com

Scott Stevens
Texas Bar No. 00792021
Kyle J. Nelson
Texas Bar No. 24056031
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Telephone: (903) 753-6760
Facsimile: (903) 753-6761
scott@seslawfirm.com
Facsimile: (903) 753-6761
scott@seslawfirm.com
kyle@seslawfirm.com

*Counsel for Aloft Media, LLC*