# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § § Plaintiff, § § v. § § MICROSOFT CORPORATION, ET AL., § SAP AG, SAP AMERICA, INC., § ORACLE CORPORATION, ORACLE § USA, INC., THE SAGE GROUP, PLC, § SAGE SOFTWARE, INC. AND INFOR § GLOBAL SOLUTIONS, INC., § § Defendant. § | Civil Action No. 6:08-CV-51-LED JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation by and among Plaintiff, Aloft Media, LLC and Defendant, Microsoft Corporation (referred to collectively as the "Parties"), it is hereby ordered that:

(1) All claims presented by the Complaint, as well as all amendments thereto, shall be dismissed with prejudice as to each of the Parties;

(2) This Stipulation does not affect claims by and between Plaintiff and other defendants; and

(3) The Parties shall bear their own costs and attorneys' fees.

**So ORDERED and SIGNED this 2nd day of October, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**