**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No.  6:08-CV-51-LED |
| v. § | |
| § | JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION, ET AL.,** § | |
| § | |
| Defendant. § | |
| § | |
| § | |

## ORDER

Pursuant to the Stipulation to Dismiss The Sage Group, PLC it shall be, and is hereby ORDERED that The Sage Group, PLC shall be, and is hereby, DISMISSED WITHOUT PREDUDICE.

**So ORDERED and SIGNED this 21st day of October, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**