**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ALOFT MEDIA, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | Civil Action No. 6:08-CV-51-LED |
| v. § | |
| § | JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION, ET AL.,** § | |
| § | |
| **Defendants.** § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the stipulation by and among Plaintiff, Aloft Media, LLC ("Aloft"), and Defendants, Infor Global Solutions, Inc., Infor Global Solutions (Alpharetta), Inc., Infor Global Solutions (Georgia), Inc., and Infor Global Solutions (Michigan), Inc. (collectively, the "Infor Defendants"), it is hereby ORDERED that:

(1) Infor Global Solutions, Inc., Infor Global Solutions (Alpharetta), Inc., Infor Global Solutions (Georgia), Inc. shall be, and are hereby, DISMISSED WITHOUT PREJUDICE;

(2) This Order does not affect claims by and between Aloft and the defendants in this case other than the Infor Defendants; and

(3) With respect to one another, Aloft, Infor Global Solutions (Alpharetta), Inc., and Infor Global Solutions (Georgia), Inc. shall each bear their own costs and attorneys' fees.

So ORDERED and SIGNED this 1st day of December, 2008.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**