IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA LLC | § | |
| | § | |
| v. | § | CASE NO. 6:08cv51 |
| | § | |
| MICROSOFT CORPORATION, ET AL. | § | |

ORDER

Comes now the Court and pursuant to the status conference held on February 2, 2009, orders that the following dates be incorporated into the Docket Control Order which is due by February 17, 2009:

| | |
|---|---|
| *Markman* | November 19, 2009 at 9:00 a.m. before Judge Love; |
| Pre-Trial Conference | May 20, 2010 at 9:00 a.m. before Judge Love; |
| Jury Selection | June 7, 2010 at 9:00 a.m. before Judge Davis; |
| Jury Trial | June 14, 2010 at 9:00 a.m. before Judge Davis. |

**So ORDERED and SIGNED this 3rd day of February, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE