**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC** | § | |
| | § | |
|    **Plaintiff** | § | |
| | § | **CIVIL ACTION NO. 6:08-cv-51(LED)** |
| **v.** | § | |
| | § | |
| **MICROSOFT CORP., SAP AG, SAP** | § | |
| **AMERICA, INC., ORACLE CORP.,** | § | |
| **ORACLE USA, INC., ET AL.** | § | |
| | § | |
|    **Defendants** | § | **JURY TRIAL DEMANDED** |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

Please take notice that Sean Pak, an attorney admitted Pro Hac Vice as counsel for Defendant Oracle Corporation and Oracle USA, Inc (collectively "Oracle"), and formerly of the law firm of Latham & Watkins LLP is now with the firm of Quinn Emanuel Urquhart Oliver and Hedges, LLP. Mr. Pak will continue as counsel for Oracle. His new contact information is as follows:

    Sean Pak
    50 California Street 22nd Floor
    San Francisco, California 94111
    Telephone: 415-875-6600
    Fax: 415-875-6700
    seanpak@quinnemanuel.com

Please change your records accordingly.

Dated: February 13, 2009                                    Respectfully submitted,

                                                            */s/ Diane V. DeVasto*
                                                            Michael E. Jones
                                                            State Bar No. 10929400
                                                            Diane DeVasto
                                                            State Bar No. 05784100
                                                            POTTER MINTON, P.C.
                                                            P.O. Box 359
                                                            Tyler, Texas 75710
                                                            Telephone: (903) 597-8311
                                                            Facsimile: (903) 593-0846

                                                            **COUNSEL FOR DEFENDANTS**
                                                            **ORACLE CORPORATION AND**
                                                            **ORACLE USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of February 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

                                                            */s/ Diane V. DeVasto*
                                                            Diane V. DeVasto