# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ALOFT MEDIA, LLC** | § | |
| | § | |
| Plaintiff | § | |
| | § | **CIVIL ACTION NO. 6:08-cv-51(LED)** |
| v. | § | |
| | § | |
| **MICROSOFT CORP., SAP AG, SAP** | § | |
| **AMERICA, INC., ORACLE CORP.,** | § | |
| **ORACLE USA, INC., ET AL.** | § | |
| | § | |
| Defendants | § | **JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please take notice that David A. Nelson, an attorney admitted Pro Hac Vice as counsel for Defendant Oracle Corporation and Oracle USA, Inc (collectively "Oracle"), and formerly of the law firm of Latham & Watkins LLP is now with the firm of Quinn Emanuel Urquhart Oliver and Hedges, LLP.  Mr. Nelson will continue as counsel for Oracle.  His new contact information is as follows:

> David A. Nelson
> 51 Madison Avenue 22nd Floor
> New York, New York 10010
> Telephone: 212-849-7000
> Fax: 212-849-7100
> davenelson@quinnemanuel.com

Please change your records accordingly.

Dated:  February 13, 2009                                   Respectfully submitted,

                                                */s/ Diane V. DeVasto*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Diane DeVasto
State Bar No. 05784100\
dianedevasto@potterminton.com
POTTER MINTON, P.C.
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**COUNSEL FOR DEFENDANTS ORACLE CORPORATION AND ORACLE USA, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of February 2009.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                                */s/ Diane V. DeVasto*
Diane V. DeVasto