# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 6:08-CV-51 (LED) |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING SECOND JOINT MOTION FOR EXTENSION
## OF TIME TO SUBMIT PROPOSED PROTECTIVE ORDER

The Court, having considered the parties' Second Joint Motion for Extension of Time to Submit their Proposed Protective Order, hereby **GRANTS** said Motion. It is therefore

**ORDERED** that the deadline for the parties to submit their proposed Protective Order is extended up to and including April 13, 2009.

**So ORDERED and SIGNED this 7th day of April, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE