**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:08-CV-51 (LED) |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO COMPLY WITH P.R. 3-3 AND 3-4**

The Court, having considered the Unopposed Motion for Extension of Time to Comply with P.R. 3-3 and 3-4, hereby **GRANTS** said Motion. It is therefore

**ORDERED** that the deadline for Defendants to comply with P.R. 3-3 and 3-4 is extended up to and including June 1, 2009.

**So ORDERED and SIGNED this 20th day of April, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

{KEA\7537\0005\W0391408.1 }