# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 6:08-CV-051 |
| MICROSOFT CORP., ET AL. | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

The Court grants the joint motion to dismiss filed by Aloft Media, LLC ("Aloft Media") and Sage Software, Inc. ("Sage"). All claims between Aloft Media and Sage in the instant action are hereby dismissed with prejudice in accordance with the terms of the Agreement. Sage shall retain its ability to assert all defenses and/or claims in the event of any further litigation. Each party is to bear its own costs and attorney fees. This Court shall retain jurisdiction to enforce the terms of the Agreement.

**So ORDERED and SIGNED this 23rd day of June, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**