**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ALOFT MEDIA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:08-CV-051 |
| ) | |
| MICROSOFT CORP., ET AL. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER OF DISMISSAL

The Court grants the Joint Motion to Dismiss filed by Aloft Media, LLC ("Aloft Media") and Defendant, Infor Global Solutions (Michigan), Inc. ("Infor"). All claims between Aloft Media and Infor in the instant action are hereby dismissed. Aloft Media's claims are dismissed <u>with prejudice</u> and Infor's counterclaims are dismissed <u>without prejudice</u>. Each party is to bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 26th day of October, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**